UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2019 APR -3 A 10: 20
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | )  |
| v. | ) Criminal No. 2:19-cr-67-DBH |
| JESSICA CHILDS | ) (18 U.S.C. § 1343 – Wire Fraud) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE
### (Wire Fraud Affecting a Financial Institution)

1. At all relevant times, **JESSICA CHILDS** was an employee of Women Unlimited ("WU"), a non-profit organization located in Augusta, Maine. As the Finance Director of WU, Childs had access to the company's bank accounts, credit cards and accounting system.

2. WU had a credit card issued by Kennebec Savings Bank (KSB), located in Augusta, Maine. In addition to purchasing goods with the credit card, WU also was able to obtain cash advances using the card. At all times relevant to this Information, KSB's deposits were insured by the Federal Deposit Insurance Corporation, and KSB was therefore a "financial institution" as defined under federal law.

3. Beginning in about February 2010, and continuing through about September 2015, in the District of Maine, the defendant,

**JESSICA CHILDS,**

knowingly devised and participated in a scheme, affecting a financial institution, to defraud and to obtain money by means of materially false and fraudulent pretenses, representations and promises.

4. It was part of the scheme that **CHILDS** used WU's KSB credit card to make personal purchases, frequently over the internet. **CHILDS** made these purchases without WU's knowledge or authorization.

5. It was further part of the scheme that **CHILDS** used WU's KSB credit card to obtain cash advances. **CHILDS** used the funds obtained via the cash advances for personal purchases. **CHILDS** obtained the cash advances without WU's knowledge or authorization.

6. It was further part of the scheme that **CHILDS** used WU funds to pay the charges fraudulently incurred on WU's KSB credit card as a result of her personal purchases and cash advances. WU was not aware that its funds were being used to pay for **CHILDS's** fraudulent credit card charges.

7. On about August 5, 2015, in the District of Maine, the defendant,

**JESSICA CHILDS,**

for the purpose of executing the scheme described above, and attempting to do so, knowingly transmitted and caused to be transmitted an interstate wire communication. Specifically, **CHILDS** used WU's KSB credit card to obtain a $302.00 cash advance using an automatic teller machine located in Augusta, Maine, thereby causing the transmission of an interstate wire communication.

In violation of Title 18, United States Code, Section 1343.

_____
(ASSISTANT) UNITED STATES ATTORNEY

Dated: 4/3/19