2:19-cr-67-DBH

## SYNOPSIS -- INFORMATION

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2019 APR -3 A 10: 20

DEPUTY CLERK

| | |
|---|---|
| **Name:** | Jessica Childs |
| **Address:** (City & State Only) | Litchfield, Maine |
| **Year of Birth and Age:** | 1980 (38 years old) |
| **Violation:** | Count 1:   Wire fraud affecting a financial institution. 18 U.S.C. § 1343. |
| **Penalties:** | Count 1:   Class B felony. Not more than 30 years imprisonment, and/or not more than a $1,000,000 fine. 18 U.S.C. § 1343. |
| **Supervised Release:** | Count 1:   Not more than 5 years. 18 U.S.C. § 3583(b)(1). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1:   Not more than 3 years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Additional Term of Supervised Release for Violation of Supervised Release:** | Count 1:   Not more than 5 years less term of imprisonment imposed upon revocation. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Stacey D. Neumann |
| **Primary Investigative Agency and Case Agent Name:** | United States Department of Transportation, Office of Inspector General Dwight Schwader |
| **Detention Status:** | Defendant to be noticed through her attorney. |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Androscoggin, Cumberland, Kennebec, Sagadahoc |
| **AUSA:** | Craig M. Wolff |

| | |
|---|---|
| **Guidelines apply?  Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100.<br>18 U.S.C. § 3013(a)(2)(A). |