# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA )
)
v. ) Case No. 2:19-cr-67-DBH
)
JESSICA CHILDS )

## PROSECUTION VERSION

If this case were to proceed to trial, the government would prove that between about February 2010 and September 2015, in the District of Maine, the Defendant, Jessica Childs, devised and executed a scheme to defraud that affected a financial institution. The government would also prove that on about August 5, 2015, Childs, for the purpose of executing the scheme, caused an interstate wire communication to be transmitted. The government would prove the following facts through witness testimony, electronic evidence, and documentary evidence.

Childs was an employee of Women Unlimited (WU), a non-profit organization located in Augusta, Maine. As the Finance Director of WU, Childs had access to the company's bank accounts, credit cards and accounting system. WU had a credit card issued by Kennebec Savings Bank (KSB), located in Augusta. KSB's deposits were insured by the Federal Deposit Insurance Corporation at all relevant times, and KSB was therefore a "financial institution" as defined under federal law.

Beginning in about February 2010, Childs used WU's KSB credit card to make personal purchases, frequently over the internet. She also used the KSB card to obtain cash advances, and then used the funds for personal purchases. Her use of the KSB card for these purposes was done without WU's knowledge or authorization.

Childs used WU funds to pay the charges fraudulently incurred on the KSB credit card as a result of her personal purchase and cash advances. WU was not aware that its funds were being used to pay for her fraudulent credit card charges. Her fraudulent purchases and cash advances, and fraudulent use of WU funds to pay the resulting credit card charges, continued until her actions were discovered in about October 2015.

On August 5, 2015, for the purpose of executing her scheme, Childs used the KSB card to obtain a $302.00 cash advance using an automatic teller machine in Augusta, Maine. The transaction was accomplished via an interstate wire communication from Maine to a location outside the state.

Childs's fraudulent use of WU's funds to pay for her unauthorized credit card purchases and cash advances defrauded WU. Her use of the KSB credit card to make fraudulent purchases and cash advances also affected KSB. Indeed, KSB ultimately charged off a portion of the fraudulent purchases and advances.

Respectfully submitted,

Craig M. Wolff
Assistant United States Attorney

Dated: April 3, 2019

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2019, I filed this **Prosecution Version** by hand with the Clerk of Court. I also sent a copy via email to the following:

**Stacey D. Neumann, Esq.**
**sneumann@mpmlaw.com**

HALSEY B. FRANK
UNITED STATES ATTORNEY

*/s/ Craig M. Wolff*
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street Plaza, East Tower
Portland, ME 04101
(207) 780-3257
craig.wolff@usdoj.gov

3